# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Criminal Case No: 1:24-cr-00468-JEB |
| | ) |
| **DANIEL COLLINS,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CHANGE TIME OR CONTINUE STATUS HEARING

Without objection from the Government, the Defense seeks to change time of Defendant's status hearing, or to briefly continue the status hearing.

Defense counsel has developed a scheduling conflict with the status hearing currently set for January 16, 2025, at 10:30 AM. For a quick background— defense counsel had an in-person hearing scheduled in the Eastern District of Virginia in Alexandria earlier in the morning for a misdemeanor case and a second such case has now been added to defense counsel's EDVA docket *sua sponte* by the presiding judge after EDVA was forced to reschedule all January 9 cases due to the Order of Closure for National Day of Mourning.[1] Defense counsel cannot make both the EDVA hearings and and DDC hearing for this matter due to the back-to-back timing of the three cases.

Defense counsel has conferred with Government counsel for this matter and there is no objection to the Defense seeking to reschedule the status hearing in Mr. Collins' case for later in

---

[1] Available at https://www.vaed.uscourts.gov/sites/vaed/files/Closure%20on%201-9-25%20for%20National%20Day%20of%20Mourning%20for%20President%20Carter.pdf

the day on January 16, 2025, to any time in the afternoon, or to briefly continue the matter to another day agreeable to the Court and the parties, whichever is more convenient for the Court. The parties are both available in the afternoon on January 22, 2025, as an alternate option to the afternoon of January 16.

The Defendant consents to tolling of time under the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, and the parties jointly agree that tolling of time under the Speedy Trial Act during a brief continuance period is appropriate, in the interests of the parties, and meets the ends of justice.

The Defense, therefore, respectfully requests that the time of Mr. Collins' status hearing be postponed to later in the afternoon on the currently scheduled date, or to another date and time agreeable to the parties and the Court.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

  I hereby certify that on January 6, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                _____/s/_____
                Marina Medvin, Esq.